# Third District Court of Appeal
## State of Florida

Opinion filed May 4, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-227
Lower Tribunal No. F94-37334C

————————

## Antonio Johnson a/k/a Tony Johnson,
Appellant,

vs.

## The State of Florida,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Antonio Johnson a/k/a Tony Johnson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.